GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton
Suite 208
Hayward, California 94544
(510) 887-7445

PHILIP A. SCHNAYERSON (CSBN 41825)
Attorney for Defendant
JOSEPH HILLARD

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | ) CASE NO. CR S-07-0084 GEB |
| Plaintiffs, ) | ) |
| ) | ) (PROPOSED) ORDER |
| vs. ) | ) EXONERATING BOND AND |
| ) | ) RECONVEYANCE OF PROPERTY |
| ) | ) |
| JOSEPH HILLARD, ) | ) Judge Garland E. Burrell, Jr. |
| ) | ) |
| Defendant. ) | ) |
| _____ ) | ) |

IT IS HEREBY ORDERED that the United States District Court Clerk reconvey the property commonly known as 780 Lyonia Drive, City of Galt, County of Sacramento, State of California 95632, to Catherine Hillard.

Dated: January 24, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge